UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 08-0143 RMW |
| v. | |
| FRANCISCO MORA ALVAREZ, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. CR 08-0083 PJH |
| Plaintiff, | **ORDER VACATING PRIOR ORDER AND RELATING CASES** |
| v. | |
| GUILLERMO ALEJANDRO ZARAGOZA, et al, | |
| Defendants. | |

The court is in receipt of defendant Alvarez's March 21, 2008 request that the court reconsider its March 17, 2008 order and relate the above cases. Good cause appearing, the court VACATES its March 17, 2008 order declining to relate the cases, and finds that the cases ARE RELATED as defined by Crim. L.R. 8-1(b). Pursuant to Crim. L.R. 8-1(e), the Clerk of the Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials PJH immediately after the

case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

**IT IS SO ORDERED.**

Dated: March 25, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge